IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.    Case No. 2:26mj14
      Court Date: February 4, 2026

GINA G. GALVAN

CRIMINAL INFORMATION

Misdemeanor - Violation Notice E2102149

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 9, 2025, at Naval Station Norfolk, Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, GINA G. GALVAN, did unlawfully assault F.G. by striking F.G. on the face and ear with her open hand and by kicking F.G.

(In violation of Title 18, United States Code, Section 113(a)(4).)

COUNT TWO

Misdemeanor - Violation Notice E2102148

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 9, 2025, at Naval Station Norfolk, Norfolk, Virginia, in the Eastern District of Virginia, the defendant, GINA G. GALVAN, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

FILED
JAN 13 2026
CLERK U.S. DISTRICT COURT
NORFOLK, VA

Respectfully submitted,

LINDSEY HALLIGAN
UNITED STATES ATTORNEY AND SPECIAL ATTORNEY

TODD W. BLANCHE
DEPUTY ATTORNEY GENERAL

ROBERT K. MCBRIDE
FIRST ASSISTANT UNITED STATES ATTORNEY

By: *Ashley J. Young*
_____
Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6712
Email: Ashley.Young@usdoj.gov


### CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*Ashley J. Young*
_____
Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6712
Email: Ashley.Young@usdoj.gov

13 January 2026
_____
Date